IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PD HOME DELIVERY, INC.
and ERICH SPECKIN                                                            PLAINTIFFS

v.                           Case No. 4:17-cv-0536 KGB

BULLPEN EXPRESS, INC.,
GARY J. BARRETT, ALLEN &
WITHROW, attorneys at law,
and JOHN DOES 1-10                                                           DEFENDANTS

## ORDER

Before the Court are plaintiffs PD Home Delivery, Inc. ("PD"), and Erich Speckin's motion to dismiss (Dkt. No. 5). PD and Mr. Speckin represent that the parties have come to a settlement agreement resolving all of the claims among them. As the matter has settled, PD and Mr. Speckin request that the Court dismiss the case with prejudice. For good cause shown, the Court grants the motion (Dkt. No. 5). This action is dismissed with prejudice, and PD and Mr. Speckin are relieved from filing a corresponding brief as required by Local Rule 7.2(a) of the Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas.

So ordered this the 7th day of December, 2017.

_____
Kristine G. Baker
United States District Judge